AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

In the Matter of the Search of

*(Briefly describe the property to be searched or identify the person by name and address)*

THE PREMISES AT 132 ANDREA DRIVE, WHEELERSBURG, OH, 45694

Case No. **1:24-MJ-00315**

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A (incorpated by reference).

located in the _____ Southern _____ District of _____ Ohio _____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B (incorporated by reference).

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(o) | Illegal Possession of a Machinegun |
| 26 U.S.C.§ 5681 | Receipt or Possession of an Unregistered Firearm |

The application is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

BRANSON T YEAKLEY   Digitally signed by BRANSON T YEAKLEY
Date: 2024.05.01 13:48:50 -04'00'

*Applicant's signature*

Branson Yeakley, Special Agent HSI

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by _____ Facetime Video Conference _____ *(specify reliable electronic means).*

Date: **May 1, 2024**

*Stephanie K. Bowman*

*Judge's signature*

City and state: Cincinnati, Ohio

Stephanie K. Bowman, United States Magistrate Judge

*Printed name and title*

## <u>ATTACHMENT A</u>

**Property to be searched**

The premises to be searched is 132 Andrea Drive, Wheelersburg, Ohio 45694, which is more fully described as a single-family dwelling. The building has gray siding and a single garage door to the right side of the front door. The numbers "132" are displayed above the front door. The residence is depicted below:



## ATTACHMENT B

### Items to be seized

All records and evidence relating to violations of 18 U.S.C. § 922(o) (Illegal Possession of a Machinegun) and 26 U.S.C. § 5681(d) (Receipt or Possession of an Unregistered Firearm) including the following:

A.  Logbooks, records, payment receipts, notes, and/or customer lists, ledgers, and other papers or electronic records relating to the transportation, receipt, transfer, ordering, purchasing, processing, and distribution of NFA firearms, to include silencers, machineguns, and machinegun conversion devices.

B.  Any unregistered NFA firearms, to include silencers, machineguns, and machinegun conversion devices.

C.  Address and/or telephone books and papers reflecting names, e-mail and physical addresses and/or telephone numbers of individuals, partnerships, or corporations involved in the unlawful possession and/or receipt of NFA firearms to include silencers, machineguns, and machinegun conversion devices.

D.  Financial records, financial statements, receipts, statements of accounts and related bank records, money, drafts, letters of credit, money orders and cashier's checks receipts, passbooks, bank checks, escrow documents relating to the purchase, receipt, and transfer of NFA firearms to include silencers, machineguns, and machinegun conversion devices.

E.  Photographs and/or photographic albums or video tapes and recordings of houses and other real estate, automobiles, and of other assets, persons, and/or firearms.

F.   Indicia of occupancy, residency, and/or ownership of the premises, and vehicles including, but not limited to utility and telephone bills, canceled envelopes, keys, deeds, tax bills, titles, vehicle registrations and documentation regarding storage units/lockers.

G.   Any computers, cellular telephones, tablets, or electronic devices that may contain the above-described documents or items in electronic format.

H.   Any packages, mailing receipts, mailing labels, or mailing envelopes relating to the possession, transfer, or receipt of NFA firearms, to include silencers, machineguns, and machinegun conversion devices.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

IN THE MATTER OF THE SEARCH
OF THE PREMISES AT 132 ANDREA
DRIVE, WHEELERSBURG, OH, 45694

Case No.   **1:24-MJ-00315**

## <u>AFFIDAVIT IN SUPPORT OF AN APPLICATION UNDER RULE 41 FOR A WARRANT TO SEARCH AND SEIZE</u>

I, Branson Yeakley, being first duly sworn, hereby depose and state as follows:

## <u>INTRODUCTION AND AGENT BACKGROUND</u>

1.       I am a Special Agent (SA) with Homeland Security Investigations (HSI).  I have been a SA for the U.S. government since September 2019, where I was a SA with the Air Force Office of Special Investigations (OSI) until transferring to HSI in December 2023.  As part of my training, I attended the Federal Law Enforcement Training Center (FLETC) Criminal Investigator Training Program (CITP) and the Air Force OSI Basic Special Investigator's Course (BSIC), where I received training in firearms laws and conducting investigations of crimes involving firearms. I have also received subsequent training, both formal and informal, on investigating firearms offenses, including those offenses described in this affidavit. I have participated in investigations into drug trafficking, illegal use and possession of firearms, and various financial crimes where the subject(s) attempt to conceal the nature of their activity, such as international money laundering. I am aware that individuals involved in the possession of unlawful machine guns nearly always tend to conceal their identities as well as the locations where they live. I have participated in the investigation of the offenses referred to above and have reviewed HSI reports, and reports prepared by other law enforcement agencies.

2.       I know, through my training and experience, that individuals will use social media

1

networks, to include Facebook, to illegally traffic in firearms. It has also been my experience that individuals prohibited from owning or possessing firearms will utilize social media networks to purchase or sell firearms illegally. It is also my experience that individuals breaking the law will take steps to conceal their actions, and, when notified of law enforcement's detection of their actions, attempt to change parts of their actions to avoid further detection.

### PURPOSE OF THE AFFIDAVIT

3.     This affidavit is submitted in support of an application for a search warrant for evidence, contraband, fruits, and instrumentalities of crime(s), and property used or intended to be used in the commission of crime(s) at a residence located at 132 Andrea Drive, Wheelersburg, Ohio 45694, including any curtilage or outbuildings at this location which is more fully described in Attachment A, related to evidence of the unlawful possession of machineguns, unlawful possession of unregistered silencers, and related offenses.

4.     For the reasons stated below, based upon my training, experience, investigative efforts, and information provided to me by other law enforcement officers, there is probable cause to believe that Brian BRADLEY has illegal machinegun conversion devices and unregistered firearms silencers stored at his residence, in violation of 18 U.S.C. § 922(o) (Illegal Possession of a Machinegun) and 26 U.S.C. § 5681(d) (Receipt or Possession of an Unregistered Firearm), and that evidence of these crimes can be found at his residence, 132 Andrew Drive, Wheelersburg, Ohio 45694.

5.     The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

## RELEVANT STATUTES

6.     The Gun Control Act (GCA), 18 U.S.C. § 922(o), prohibits the transfer or possession of a machinegun manufactured after May 19, 1986. At the time of this warrant, the Bureau of Alcohol, Tobacco, Firearms, and Explosives is unaware of any machinegun conversion devices, such as auto sears, that were manufactured before May 19, 1986. The table below depicts a standard Glock firearm, an auto sear or machinegun conversion device, and a Glock firearm on which an auto sear is installed.

| Unmodified Glock (fires one round of ammunition with each trigger pull) | Uninstalled Auto Sear/Conversion Device | Glock with Conversion Device Installed (will allow a firearm to fire more than one round of ammunition with a single trigger pull) |
|---|---|---|
|  |  |  |

7.     The National Firearms Act (NFA) regulates the manufacture, sale, and transfer of certain firearms, referred to here as NFA firearms. Under 26 U.S.C. § 5845(a), silencers are considered NFA firearms and are defined in 18 U.S.C. § 921. Under 18 U.S.C. § 921(a)(25), a firearm silencer and firearm muffler are defined as "any device for silencing, muffling, or diminishing the report of a portable firearm, including any combination of parts, designed or redesigned, and intended for use in assembling or fabricating a firearm silencer or muffler, and any part intended only for use in such assembly or fabrication." It is unlawful under 26 U.S.C. § 8561(d) to receive or possess a firearm (including a silencer) which is not registered to him in the National Firearms Registration and Transfer Record.

## **PROBABLE CAUSE**

8.    On September 6, 2022, HSI received information from Customs and Border Protection (CBP) Chicago International Mail Facility (IMF) regarding the seizure of a package found to contain one firearm suppressor. HSI was advised that on September 6, 2022, CBP officers screened inbound mail from China destined to Wheelersburg, Ohio and examined a package displaying tracking number LW253634677CN. A CBP officer conducted a border search of the package and discovered one firearm suppressor.[1] The package was seized by and taken into the custody of CBP. A photograph of the package and contents is depicted below.



**The package displayed the shipper as:**



---

[1] I know, based on my training and experience, that a firearm suppressor is a silencer under 18 U.S.C. § 921(a)(25).

**The package displayed the recipient as:**

BRIAN BRADLEY
132 Andrea Drive,
Wheelersburg, Ohio 45694

9.     Agents queried 132 Andrea Drive, Wheelersburg, Ohio 45694 in law enforcement databases. Databases indicated a positive result for BRADLEY at 132 Andrea Drive, Wheelersburg, Ohio 45694. Additionally, a search of Scioto County Auditor also indicated the property is owned by BRADLEY and ████████████ Based on this information, there is probable cause to believe that the recipient listed on the package containing one firearm suppressor resides at 132 Andrea Drive, Wheelersburg, Ohio 45694 and knowingly requested that this illegal item be sent to his residence.

10.     Further research of BRADLEY in open-source databases determined he is currently employed as a Correctional Officer for the Ohio Department of Rehabilitation and Corrections. HSI contacted Ohio State Highway Patrol Trooper Rachel Simmons, who is assigned to the Office of Criminal Investigations regarding BRADLEY. Trooper Simmons confirmed that BRADLEY is assigned to the Southern Ohio Correctional Facility in Lucasville, Ohio. Trooper Simmons further confirmed that BRADLEY is a senior correctional officer and works day shift, with Saturdays and Sundays off.

11.     On October 5, 2022, CBP Officer Ricardo Hargrove issued a "Notice of Seizure and Information to Claimants Non-CAFRA Form" via certified mail to BRIAN BRADLEY at 132 Andrea Drive, Wheelersburg, Ohio 45694. This form informed BRADLEY that the firearm suppressor was seized pursuant to 19 U.S.C. § 1595a(c)(1)(C), 49 USC 80302(a)(2) - Firearm Imported by an Unregistered/Untaxed Importer.

12.     On September 11, 2022, I received information from CBP Chicago IMF regarding the seizure of a package found to contain one firearm suppressor. I was advised that on September 11, 2022, CBP officers screened inbound mail from China destined to Wheelersburg, Ohio and examined a package displaying tracking number LW252393705CN. A CBP officer conducted a border search of the package and discovered one firearm suppressor. The package was seized by and taken into the custody of CBP. A photograph of the package and contents is depicted below.



**The package displayed the shipper as:**



**The package displayed the recipient as:**

> BRIAN BRADLEY
> 132 Andrea Drive,
> Wheelersburg, Ohio 45694
> Phone: 1 (740) 464-9578

13.     Continuing September 2022, agents queried the phone number (740) 464-9578 in

6

law enforcement databases. Databases indicated a positive result for BRADLEY at 132 Andrea Drive, Wheelersburg, Ohio 45694. Based on this information, there is probable cause to believe that the individual listed on the package containing one firearm suppressor resides at 132 Andrea Drive, Wheelersburg, Ohio 45694 and knowingly requested that this illegal item be sent to his residence.

14.     On September 30, 2022, CBP Officer Maria Campos issued a "Notice of Seizure and Information to Claimants Non-CAFRA Form" via certified mail to BRADLEY at 132 Andrea Drive, Wheelersburg, Ohio 45694. This form informed BRADLEY that the firearm suppressor was seized pursuant to 19 U.S.C. § 1595a(c)(1)(C), 49 U.S.C. § 80302(a)(2) - Firearm Imported by an Unregistered/Untaxed Importer.

15.     On October 10, 2022, I received information from CBP) Chicago IMF regarding the seizure CBP officers screened inbound mail from China destined to Wheelersburg, Ohio and examined a package destined to BRADLEY. A CBP Officer conducted a border search of the package and discovered one firearm suppressor. The package was seized by and taken into the custody of CBP. A photograph of the package and contents is depicted below.



**The package displayed the shipper as:**



**The package displayed the recipient as:**

BRIAN BRADLEY
132 Andrea Drive,
Wheelersburg, Ohio 45694

16. On October 31, 2022, CBP Officer Maria Campos issued a "Notice of Seizure and Information to Claimants Non-CAFRA Form" via certified mail to BRADLEY at 132 Andrea Drive, Wheelersburg, Ohio 45694. This form informed BRADLEY that the firearm suppressor was seized pursuant to 19 U.S.C. § 1595a(c)(1)(C), 49 U.S.C. § 80302(a)(2) - Firearm Imported by an Unregistered/Untaxed Importer.

17. On November 17, 2022, CBP's Office of Fines, Penalties, and Forfeitures (FP&F) received a letter from BRADLEY with a completed "Election of Proceedings – Non-CAFRA Form" where BRADLEY abandoned the seized firearm suppressor. BRADLEY signed the second page of the form and dated it November 10, 2022. The envelope featured a custom printed "Prisoner of War" return label sticker with "Brian Bradley 132 Andrea DR Wheelersburg, OH 45694" printed on it. The envelope featured markings from the United States Postal Service across the stamp in the upper right corner, noting "COLUMBUS OH 430 – 14 NOV 2022 PM6 L" indicating the envelope was processed through the Columbus, Ohio mail center on November 14, 2022.

18. On February 1, 2023, I received information from CBP JFK Airport IMF in New York, NY regarding the seizure of a package found to contain one drop-in auto sear for an AR-15 rifle, and two machinegun conversion devices (commonly referred to as a "Glock switch"). I was

advised that on February 1, 2023, CBP officers screened inbound mail from China destined to Wheelersburg, Ohio and examined a package displaying tracking number 930011092470000012496684. A CBP officer conducted a border search of the package and discovered one drop-in auto sear for an AR-15 rifle, and two machinegun conversion devices. The package was seized by and taken into the custody of CBP. A photograph of the package and contents is depicted below.



**The package displayed the shipper as:**



**The package displayed the recipient as:**

BRIAN BRADLEY
132 Andrea Drive,
Wheelersburg, Ohio 45694

19.     On July 10, 2023, CBP Officer Christopher LaTourette issued a "Notice of Seizure and Information to Claimants Non-CAFRA Form" via certified mail to BRADLEY at 132 Andrea Drive, Wheelersburg, Ohio 45694. This form informed BRADLEY that the firearm suppressor was seized pursuant to 19 U.S.C. § 1595a(c)(1)(C), 49 U.S.C. § 80302(a)(2) - Firearm Imported by an Unregistered/Untaxed Importer.

20. Based on my training and experience, I know that auto sears are commonly known as conversion devices and are used to convert semi-automatic firearms into fully automatic firearms.

21. On April 7, 2023, I received information from CBP JFK Airport IMF in New York, NY regarding the seizure of a package found to contain one drop-in auto sear for an AR-15 rifle and one machinegun conversion device (commonly referred to as a "Glock switch"). I was advised that on April 7, 2023, CBP officers screened inbound mail from China destined to Wheelersburg, Ohio and examined a package displaying tracking number 93001109247000000129032773. A CBP officer conducted a border search of the package and discovered one drop-in auto sear for an AR-15 rifle and one machinegun conversion device. The package was seized by and taken into the custody of CBP. A photograph of the package and contents is depicted below.



**The package displayed the shipper as:**



**The package displayed the recipient as:**

BRIAN BRADLEY
132 Andrea Drive,
Wheelersburg, Ohio 45694

22.     On June 9, 2023, CBP Officer Kristina Kitzen issued a "Notice of Seizure and Information to Claimants Non-CAFRA Form" via certified mail to BRADLEY at 132 Andrea Drive, Wheelersburg, Ohio 45694. This form informed BRADLEY that the firearm suppressor was seized pursuant to 19 U.S.C. § 1595a(c)(1)(C), 49 U.S.C. § 80302(a)(2) - Firearm Imported by an Unregistered/Untaxed Importer.

23.     On September 4, 2023, I received information from CBP Chicago IMF regarding the seizure of a package found to contain one firearm suppressor. I was advised that on September 4, 2023, CBP officers screened inbound mail from China destined to Wheelersburg, Ohio and examined a package displaying tracking number 9261290284968478158067. A CBP officer conducted a border search of the package and discovered one firearm suppressor in the package. The package was seized by and taken into the custody of CBP. A photograph of the package and contents is depicted below.



**The package displayed the shipper as:**



**The package displayed the recipient as:**

BRIAN BRADLEY
132 Andrea Drive,
Wheelersburg, Ohio 45694

24. On September 27, 2023, CBP Officer Maria Campos issued a "Notice of Seizure and Information to Claimants Non-CAFRA Form" via certified mail to BRADLEY at 132 Andrea Drive, Wheelersburg, Ohio 45694. This form informed BRADLEY that the firearm suppressor was seized pursuant to 19 U.S.C. § 1595a(c)(1)(C), 49 U.S.C. § 80302(a)(2) - Firearm Imported by an Unregistered/Untaxed Importer.

25. HSI consulted ATF Intelligence and Research Specialist Shannon Wagner, who confirmed BRADLEY does not possess a license nor a tax stamp that would permit him (BRADLEY) to possess a suppressor. Under the National Firearms Act, it is unlawful to import a suppressor without being licensed to do so. A review of HSI and Customs databases further confirms BRADLEY does not possess any import licenses.

26. On March 25, 2024, I conducted surveillance at 132 Andrea Drive Wheelersburg, Ohio 45694. At approximately 2:36 PM, a silver Chevy Silverado with Ohio license plate #988ZJA arrived at the residence (Ohio vehicle registration data shows this vehicle is registered to BRADLEY). A white male picked up mail and walked inside the residence. The white male entering the residence appeared to be BRADLEY (see BRADLEY's BMV photograph compared to a photograph captured taken during surveillance on March 25, 2024). Furthermore, the white male was wearing a grey uniform shirt that appeared to have a silver badge on the chest and a dark color jacket with a symbol in the same spot as the badge, which is consistent with the uniform

12

worn by corrections officers. As explained above, BRADLEY works as a corrections officer for the Ohio Department of Corrections. Therefore, I believe the white male observed entering 132 Andrea Drive was BRADLEY.



| 2020 Ohio driver's license photo for BRADLEY | Photo taken at 132 Andrea Drive on March 25, 2024 |
|---|---|

27.     Based on my training and experience, and my participation in this investigation, I believe there is probable cause to believe that BRADLEY lives at 132 Andrea Drive, Wheelersburg, Ohio 45694. My belief is based on law enforcement inquiries showing that BRADLEY lives at the 132 Andrea Drive residence, the seizure of multiple packages addressed to BRADLEY at 132 Andrea Drive, Wheelersburg, Ohio 45694, BRADLEY's return address label listing 132 Andrea Drive, Wheelersburg, Ohio 45694, and my surveillance of BRADLEY arriving at his house and walking inside. There is also probable cause to believe that 132 Andrew Drive, Wheelersburg, Ohio 45694 will contain evidence of violations of 18 U.S.C. § 922(o) and 26 U.S.C. § 8561(d) committed by BRADLEY. Based on my training and experience, and my participation in this investigation, I know that people engaged in the unlawful importation of firearms, the unlawful possession of unregistered silencers, and the possession of machineguns often keep these firearms in their residences, and they store them there for long periods of times.  They frequently

13

store them in their residence until disposal by selling them to another individual, in which case he is likely to have records of the sale (i.e. checks, bills of sale, text messages/emails to organize the sale, shipping information, advertisements, and photos of the unregistered silencers and machineguns). I further believe that BRADLEY stores unregistered silencers and machinegun conversion devices, and records associated with these items, in his residence because the shipments of unregistered silencers and machinegun conversion devices were addressed to his residence. Based on my training and experience, and participation in this investigation, I further believe that BRADLEY continued his attempts to receive shipments of unregistered silencers and machinegun conversion devices. My belief is based my knowledge that, despite multiple CBP seizures and notices issued to BRADLEY, he continued to order and receive shipments of these items that were seized by CBP. I further believe that BRADLEY and/or the China shipper attempted to conceal these packages from CBP by falsifying the shipper address to conceal the fact that the packages were shipped from China. After the second seizure, packages shipped to BRADLEY listed the shipper address as various locations in the United States and not China. Based on my training and experience, and my participation in this investigation, I also know that CBP is not able to inspect every package at the border shipped from China or other countries and that some shipments of unlawful firearms go undetected by law enforcement despite CBP's efforts to intercept the packages.

## **CONCLUSION**

28.     I submit that this affidavit supports probable cause for a warrant to search the

premises described in Attachment A and seize the items described in Attachment B.


Respectfully Submitted,

BRANSON T YEAKLEY
Digitally signed by BRANSON T YEAKLEY
Date: 2024.05.01 13:49:50 -04'00'

_____

BRANSON YEAKLEY
Special Agent
Homeland Security Investigations


Sworn to and subscribed before me by reliable electronic means, specifically, FaceTime video
conference on May ____1____, 2024.

_____
HON. STEPHANIE K. BOWMAN
UNITED STATES MAGISTRATE JUDGE

15

## <u>ATTACHMENT A</u>

### Property to be searched

The premises to be searched is 132 Andrea Drive, Wheelersburg, Ohio 45694, which is more fully described as a single-family dwelling. The building has gray siding and a single garage door to the right side of the front door. The numbers "132" are displayed above the front door. The residence is depicted below:



**ATTACHMENT B**

**Items to be seized**

All records and evidence relating to violations of 18 U.S.C. § 922(o) (Illegal Possession of a Machinegun) and 26 U.S.C. § 5681(d) (Receipt or Possession of an Unregistered Firearm) including the following:

A.  Logbooks, records, payment receipts, notes, and/or customer lists, ledgers, and other papers or electronic records relating to the transportation, receipt, transfer, ordering, purchasing, processing, and distribution of NFA firearms, to include silencers, machineguns, and machinegun conversion devices.

B.  Any unregistered NFA firearms, to include silencers, machineguns, and machinegun conversion devices.

C.  Address and/or telephone books and papers reflecting names, e-mail and physical addresses and/or telephone numbers of individuals, partnerships, or corporations involved in the unlawful possession and/or receipt of NFA firearms to include silencers, machineguns, and machinegun conversion devices.

D.  Financial records, financial statements, receipts, statements of accounts and related bank records, money, drafts, letters of credit, money orders and cashier's checks receipts, passbooks, bank checks, escrow documents relating to the purchase, receipt, and transfer of NFA firearms to include silencers, machineguns, and machinegun conversion devices.

E.  Photographs and/or photographic albums or video tapes and recordings of houses and other real estate, automobiles, and of other assets, persons, and/or firearms.

F.  Indicia of occupancy, residency, and/or ownership of the premises, and vehicles including, but not limited to utility and telephone bills, canceled envelopes, keys, deeds, tax bills, titles, vehicle registrations and documentation regarding storage units/lockers.

G.  Any computers, cellular telephones, tablets, or electronic devices that may contain the above-described documents or items in electronic format.

H.  Any packages, mailing receipts, mailing labels, or mailing envelopes relating to the possession, transfer, or receipt of NFA firearms, to include silencers, machineguns, and machinegun conversion devices.